6

COOPER-JARRETT, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 159. Decided October 12, 1964.

*Kenneth E. Midgley, Thomas J. Hogan, Bryce Rea, Jr.,
Roland Rice, Homer S. Carpenter* and *John S. Fessenden*
for appellants.

*Solicitor General Cox, Assistant Attorney General
Orrick, Robert B. Hummel* and *Robert W. Ginnane* for
the United States et al.; and *Carl E. Enggas, D. Robert
Thomas, John F. Donelan, Nuel D. Belnap, Harvey
Huston, John A. Daily, Paul R. Duke* and *John M. Cleary*
for Eastern Railroads et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

MALONEY *v.* HOLDEN, JUDGE.

No. 225, Misc. Decided October 12, 1964.

PER CURIAM.

The appeal is dismissed for want of a substantial
federal question.